**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
E-mail: Jonathan.Pattillo@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Cardenas Markets, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Irene Alonso, an individual, | Case No.: 2:22-cv-0094 -JAD-DJA |
| Plaintiff, | |
| vs. | **Stipulation and Order to Remand** |
| Cardenas Markets, LLC, a Foreign Limited-Liability Company; Does I through X, inclusive and Roe Business Entities I through X, inclusive, | ECF No. 10 |
| Defendant. | |

The parties stipulate that no judgment will be entered in this case that exceeds $75,000.00. As a consequence, the parties also stipulate to remand the case to state court.

| **WILSON ELSER** | LADAH LAW FIRM |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | |
| */s/ Michael P. Lowry* | */s/ Donald Paradiso* |
| Michael P. Lowry, Esq. | Ramzy P, Ladah, Esq. |
| Nevada Bar No. 10666 | Nevada Bar No. 11405 |
| Jonathan C. Pattillo, Esq. | Donald P. Paradiso, Esq. |
| Nevada Bar No. 13929 | Nevada Bar No. 12845 |
| Attorneys for Cardenas Markets, Inc. | Attorneys for Plaintiff |

## ORDER

Because it appears from the parties' stipulation [10] that this court lacks subject-matter jurisdiction over this case, IT IS HEREBY ORDERED that the Clerk of Court is directed to **REMAND** this action back to the Eighth Judicial District Court, Case Number A-21-845060-C, Dept. 17, and **CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
March 9, 2022